IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

D.C., MOTHER OF A.M., MINOR CHILD,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-2960

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____/

Opinion filed September 14, 2016.

An appeal from the Circuit Court for Suwannee County.
William F. Williams, Judge.

James Janousek, II, of the Law Office of James Janousek, Live Oak; Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Pamela Jo Bondi, Attorney General; Ward L. Metzger, Department of Children and Families, Jacksonville; David P. Krupski, Guardian Ad Litem Program, Sanford, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., ROWE and WINOKUR, JJ., CONCUR.